UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE ORTIZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARY MARKEY, et al.,<br><br>　　　　Defendants. | No.  2:21-cv-1221-KJM-CKD PS<br><br><br><br>ORDER |

On September 16, 2021, the undersigned issued findings and recommendations to grant defendants' motion to dismiss and dismiss the complaint without leave to amend. Those findings and recommendations are currently before the United States District Judge assigned to this case for resolution. On April 6, 2022, plaintiff filed a motion entitled "motion for default judgment" and a motion entitled "motion to speak to the executive branch." (ECF Nos. 24, 25.)

In light of the pending findings and recommendations, IT IS HEREBY ORDERED that all pleading, discovery, and motion practice is stayed pending resolution of the September 16, 2021 findings and recommendations. With the exception of any non-frivolous motions for

////

////

////

1

emergency relief, the court will not entertain or respond to other motions or filings until the findings and recommendations are resolved.

Dated: April 12, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.Ortiz.21cv1221.mots