UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE ORTIZ, | No. 2:21-cv-1221-KJM-CKD PS |
| Plaintiff, | |
| v. | ORDER |
| MARY MARKEY, et al., | |
| Defendants. | |

    This matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(19). On September 16, 2021, the magistrate judge filed findings and recommendations, which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. On January 6, 2021, plaintiff filed late, unsigned objections to the findings and recommendations, which the court nonetheless has considered.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

    Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed September 16, 2021 (ECF No. 14) are adopted in full;

////

1

2. Defendant's motion to dismiss (ECF No. 4) is granted and plaintiff's complaint is dismissed without leave to amend;

3. Plaintiff's motion for injunction (ECF No. 6) is denied; and

4. The Clerk of Court is directed to close this case.

DATED: May 23, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE