# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**RENE ORTIZ,**

CASE NO: **2:21–CV–01221–KJM–CKD**

v.

**MARY MARKEY, ET AL.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 05/24/22**

**Keith Holland**
Clerk of Court

ENTERED: **May 24, 2022**

by: /s/ V. Licea Chavez
Deputy Clerk